UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21238-DPG

JESUS GONZALEZ,

Plaintiff,

v.

COLUMBIA-WESTCHESTER
SHOPPING CENTERS, LTD.,

Defendant.

_____/

ORDER APPROVING AND ENTERING CONSENT DECREE
AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the Plaintiff JESUS GONZALEZ and Defendant COLUMBIA BBB WESTCHESTER SHOPPING CENTER ASSOCIATES', as owner of the subject property at issue, and in lieu of the improperly named Defendant COLUMBIA-WESTCHESTER SHOPPING CENTERS, LTD., Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice ("Joint Motion"). The Court, having reviewed the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and being advised fully in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.

2. The Joint Motion is **GRANTED.**

3.    The Court **APPROVES** and **ADOPTS** the Consent Decree, and pursuant to Fed.

R. Civ. P. 54, the Consent Decree is hereby **ENTERED**.

4.    This action is **DISMISSED WITH PREJUDICE** as to Defendant.

5.    The Court shall retain jurisdiction to enforce the Consent Decree and to monitor

and enforce compliance with the terms of the Consent Decree to the extent

necessary.

6.    Each party to the Consent Decree shall bear their own attorney's fees and costs

except as set forth in the Consent Decree.

7.    To the extent not otherwise disposed of herein, all pending motions are hereby

**DENIED** as moot, and the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of March 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record

2